JS-6 / REMAND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY JACKSON,<br><br>　　　　　PLAINTIFF,<br><br>　v.<br><br>JENNIFFER JIMENEZ, et al.,<br><br>　　　　　DEFENDANTS. | Case No. CV 15-9671 DMG (SS)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On December 16, 2015, Defendant Jenniffer Jimenez, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed <u>in forma pauperis</u>. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1    Simply stated, this action could not have been originally
2 filed in federal court because the complaint does not competently
3 allege facts supporting either diversity or federal-question
4 jurisdiction. As such, removal is improper. 28 U.S.C.
5 § 1441(a), see <u>Exxon Mobil Corp v. Allapattah Svcs., Inc.</u>, 545
6 U.S. 546, 563 (2005). Defendant's notice of removal asserts that
7 removal is proper based upon federal question jurisdiction.
8 (Notice at 2). However, the underlying unlawful detainer action
9 does not raise any federal legal question.

11   Accordingly, IT IS ORDERED that (1) this matter be REMANDED
12 to the Superior Court of California, County Of Los Angeles,
13 Norwalk Courthouse, 12720 Norwalk Blvd., Norwalk, CA 90650, for
14 lack of subject matter jurisdiction pursuant to 28 U.S.C.
15 § 1447(c); (2) that the Clerk send a certified copy of this Order
16 to the state court; and (3) that the Clerk serve copies of this
17 Order on the parties.

19    IT IS SO ORDERED.

21 DATED: December 23, 2015

                                      *signature*
                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE